*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, and de GROOT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Nicholas J. ROMERO**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202500309**

_____

Decided: 31 March 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Adam G. Partridge

Sentence adjudged 14 May 2025 by a special court-martial tried at Marine Corps Support Facility, New Orleans, Louisiana, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 30 days, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Colonel Gregory P. Adams, USMCR*

---

[1] Appellant was credited with having served 30 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.